UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

In re:                                    )
                                          )
RICHARD COLANDREA                         )     Case No. 09-19606 SSM
                                          )     Chapter 11
                    Debtor.        )
_____    )

**ORDER GRANTING COMPENSATION AND
REIMBURSEMENT OF COSTS TO CBIZ MHM, LLC**

This matter having come on upon the First and Final Application of CBIZ MHM, LLC, for

Compensation and Reimbursement of Costs, and it appearing that the said Firm, as accountant for

the Debtor herein, has rendered significant legal services which have benefitted creditors and the

Estate, and the Court having been fully apprised, and the Court having considered the Time

Records of said Firm, and it further appearing that cost have been incurred, **IT IS**, by the United

States Bankruptcy Court for the Eastern District of Virginia,

ORDERED:    That compensation in the amount of four thousand two hundred and fifty

dollars ($4,250.00) for services rendered, be, and the same hereby is, awarded to the firm of CBIZ

MHM, LLC, and it is further

ORDERED:  That reimbursement of costs and expenses incurred in the amount of

seventeen dollars and fifty-two cents ($17.52) be, and the same hereby is, awarded to the firm of

CBIZ MHM, LLC.


Entered: _____            _____
                                       Brian F. Kenney, Judge
                                       United States Bankruptcy Court for the
                                       Eastern District of Virginia

Copies to:

Steven H. Greenfeld, Esq.
Cohen Baldinger & Greenfeld, LLC
Suite 1103
7910 Woodmont Avenue
Bethesda, MD 20814

Office of the U.S. Trustee
115 South Union Street
Alexandria, VA 22314

**END OF ORDER**