UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION


**NOTICE OF MOTION TO SUBSTITUTE COUNSEL
ON MULTIPLE CASES**

Christine S. Patterson and the law firm of Shapiro Brown & Alt, LLP have filed papers with the Court to substitute the name of Christine S. Patterson and Shapiro Brown & Alt, LLP in the place and stead of Trenita Jackson Stewart on all cases listed on the attached document.

<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then on or before 14 days from the date of service of this Motion, you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

    Clerk of Court
    United States Bankruptcy Court
    600 Granby Street
    Room 400
    Norfolk, VA 23510

You must also mail a copy to:

    Christine S. Patterson, Esq.
    Shapiro Brown & Alt, LLP
    236 Clearfield Avenue, Suite 215
    Virginia Beach, Virginia 23462
    (757) 687-8777

- Attend a hearing to be scheduled at a later date.  You will receive separate notice of hearing.  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.


Christine S. Patterson, VBS# 32957
SHAPIRO BROWN & ALT, LLP
236 Clearfield Avenue, Suite 215
Virginia Beach, Virginia 23462
757-687-8777

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Dated: November 15, 2012            SHAPIRO BROWN & ALT, LLP

By: /s/ Christine S. Patterson
Christine S. Patterson, Esquire, VSB #32957
E. Edward Farnsworth, Esquire, VSB #44043
SHAPIRO BROWN & ALT, LLP
236 Clearfield Avenue, Suite 215
Virginia Beach, Virginia 23462
(757) 687-8777

CERTIFICATE OF SERVICE

I certify that I have this 15th day of November, 2012, electronically transmitted and/or mailed by first class mail, postage pre-paid, a true copy of the foregoing Notice of Motion to all parties in interest involved in the cases listed on the attachment.

/s/ Christine S. Patterson
Christine S. Patterson, Esquire, VSB #32957
E. Edward Farnsworth, Esquire, VSB #44043

United States Bankruptcy Court
Eastern District of Virginia
Alexandria Division

### MOTION TO SUBSTITUTE COUNSEL
### ON MULTIPLE CASES

COMES NOW, Christine S. Patterson, on behalf of the law firm of Shapiro Brown & Alt, LLP, and for its Motion to Substitute Counsel on Multiple Cases alleges as follows:

1. The bankruptcy court has jurisdiction over this motion pursuant to 28 U.S.C. § 157 and § 1334; and Federal Rule of Bankruptcy Procedure 9014.

2. Trenita Jackson Stewart was an attorney for the law firm of Shapiro Brown & Alt, LLP, formerly known as Shapiro & Burson, LLP, and, in her capacity as an attorney, represented Shapiro Brown & Alt, LLP's creditor clients in cases filed with this court.

3. Ms. Stewart no longer works for Shapiro Brown & Alt, LLP and therefore it is appropriate for her to withdraw as counsel in those cases where she represented the firm's clients.

4. A list of the affected cases as per the Court's PACER system is attached hereto as Exhibit A.

5. It is the desire of both Ms. Stewart and Shapiro Brown & Alt, LLP that Christine S. Patterson be substituted in as counsel on all affected cases.

WHEREFORE, the parties pray for an order substituting Christine S. Patterson on behalf of the law firm of Shapiro Brown & Alt, LLP in lieu of Trenita Jackson Stewart as counsel of record for the firm's creditor clients in the attached cases.

Christine S. Patterson, VBS# 32957
SHAPIRO BROWN & ALT, LLP
236 Clearfield Avenue, Suite 215
Virginia Beach, Virginia 23462
757-687-8777

Dated: November 15, 2012

          Respectfully Submitted,

          SHAPIRO BROWN & ALT, LLP

By: /s/ Christine S. Patterson
    Christine S. Patterson, Esquire, VSB #32957
    E. Edward Farnsworth, Esquire, VSB #44043
    Shapiro Brown & Alt, LLP
    236 Clearfield Avenue, Suite 215
    Virginia Beach, Virginia 23462
    (757) 687-8777

/s/ Trenita Jackson Stewart
Trenita Jackson Stewart, VSB# 48412
Roussos, Lassiter, Glanzer & Barnhart, PLC
580 East Main Street
Crown Center, Suite 300
Norfolk, Virginia 23510
(757) 622-9005

## CERTIFICATE OF SERVICE

    I certify that I have, this 15th day of November, 2012, electronically transmitted and/or mailed via first class mail, postage prepaid, a true copy of the above Motion to all parties in interest involved in the cases listed on the attachment.

/s/ Christine S. Patterson
Christine S. Patterson, Esquire, VSB #32957
E. Edward Farnsworth, Esquire, VSB #44043

# Exhibit A

| Case No. | Case Title | Chapter | Date Filed |
|---|---|---|---|
| 07-12539-BFK | Kenny Ray Robinson and Gena Hall Robinson | 13 | 9/14/2007 |
| 07-13540-BFK | David Thomas Kerns and Stephanie Jo Kerns | 13 | 11/19/2007 |
| 07-13762-BFK | Seyed Mahmood Hosseini | 13 | 12/2/2007 |
| 08-10172-BFK | Clessie M Copeland | 13 | 1/14/2008 |
| 08-10274-BFK | Margaret Louvella Parker | 13 | 1/22/2008 |
| 08-13416-BFK | Walter J. Eidson | 7 | 6/13/2008 |
| 08-14048-BFK | Tod Rawland Hopkins and Valerie Lynn Hopkins | 13 | 7/10/2008 |
| 08-15046-BFK | Michael Alan Cohen and Natalie Jo Hoffman Cohen | 13 | 8/21/2008 |
| 08-15124-BFK | Michael L. Goad | 13 | 8/25/2008 |
| 08-15924-BFK | Hinh D Huynh | 13 | 9/26/2008 |
| 08-16225-BFK | Foster Wright | 13 | 10/9/2008 |
| 08-16427-BFK | James D. Patterson and Susan D. Patterson | 13 | 10/17/2008 |
| 08-16490-BFK | Angela A. Guess | 13 | 10/21/2008 |
| 08-17814-BFK | Clinton Douglas Jones | 13 | 12/15/2008 |
| 09-10476-BFK | John A. Hazlett and Erin N. Hazlett | 13 | 1/22/2009 |
| 09-10670-BFK | James Gibson Fortenberry and Linda Parrish Fortenberry | 7 | 1/30/2009 |
| 09-10735-BFK | Deborah Lynn Smith | 13 | 2/2/2009 |
| 09-10739-BFK | Chris S. Maggio and Sherry A. Maggio | 13 | 2/2/2009 |
| 09-11605-BFK | Monique Shezette White | 13 | 3/4/2009 |
| 09-11743-BFK | Juan Carlos Rocha | 7 | 3/9/2009 |
| 09-11899-BFK | Marlene E Forrest | 13 | 3/16/2009 |
| 09-12172-BFK | Barbara Jean Monroe | 13 | 3/24/2009 |
| 09-12259-BFK | James Lowther | 13 | 3/26/2009 |
| 09-12403-BFK | Stephen M. Putnam | 13 | 3/30/2009 |
| 09-13210-BFK | James Heard McGee and Janice Marie McGee | 13 | 4/24/2009 |
| 09-13512-BFK | Gina A. McLiechey | 13 | 5/4/2009 |
| 09-13607-BFK | Son K Thomas | 13 | 5/7/2009 |
| 09-14052-BFK | Joseph P. Kennedy | 13 | 5/21/2009 |
| 09-14068-BFK | Syed Abid Hussain | 7 | 5/21/2009 |
| 09-14405-BFK | Russell J Drummer | 13 | 6/2/2009 |
| 09-15048-BFK | William L. Collins and Kerry K. Collins | 7 | 6/23/2009 |
| 09-15073-BFK | Bertha Esther Landa de Miranda | 13 | 6/24/2009 |
| 09-15610-BFK | Linda M Gerken and Kevin G Gerken | 13 | 7/15/2009 |
| 09-15777-BFK | Ganess Maharaj and Vena Maharaj | 11 | 7/21/2009 |
| 09-15866-BFK | Haji M Aslam | 13 | 7/23/2009 |

# Exhibit A

| | | | |
|---|---|---|---|
| 09-16001-BFK | Lori Anne Torbert | 13 | 7/28/2009 |
| 09-16569-BFK | Marco A. Villca and Zulema Villca | 13 | 8/13/2009 |
| 09-16761-BFK | Sharon M. Powell | 13 | 8/20/2009 |
| 09-16898-BFK | James Christopher Edmonds | 13 | 8/25/2009 |
| 09-17104-BFK | Brian M Collins and Mary E Collins | 13 | 8/31/2009 |
| 09-17535-BFK | Everett Kerry Carter | 13 | 9/15/2009 |
| 09-18106-BFK | Guillermo Avellaneda and Jenny Avellaneda | 13 | 10/2/2009 |
| 09-18139-BFK | Valerie D. Tucker | 13 | 10/3/2009 |
| 09-18182-BFK | Aziz Barigou | 13 | 10/6/2009 |
| 09-18240-BFK | Silvino Raposo Lima | 7 | 10/7/2009 |
| 09-18498-BFK | Maryam Kabiru Fagge | 13 | 10/15/2009 |
| 09-19180-BFK | Hong U Ha and Chabaprai S. Ha | 13 | 11/6/2009 |
| 09-19606-BFK | Richard C. Colandrea | 11 | 11/20/2009 |
| 09-19741-BFK | Richard J. Hindin | 11 | 11/27/2009 |
| 09-20045-BFK | Abbot K Ware and Cathleen H Ware | 13 | 12/9/2009 |
| 10-10036-BFK | Larry Potter and Tammy Potter | 13 | 1/4/2010 |
| 10-11327-BFK | Jong Kap Kim and Janice Choi Kim | 13 | 2/24/2010 |
| 10-11849-BFK | Shannon Kirk Quillen and Lisa Marie Quillen | 7 | 3/12/2010 |
| 10-11916-BFK | Marcelo M Paculan and Maura N Paculan | 13 | 3/14/2010 |
| 10-12632-BFK | Jorge Enrique Ramirez and Sara Marie Ramirez | 13 | 4/5/2010 |
| 10-13031-BFK | Patti A Stivason | 13 | 4/16/2010 |
| 10-13044-BFK | John Marshall Barnes | 13 | 4/18/2010 |
| 10-13474-BFK | Thomas R Miller and Cheryl A Miller | 13 | 4/29/2010 |
| 10-13810-BFK | Uldarico C. Villacrusis and Mary Lou H Villacrusis | 7 | 5/8/2010 |
| 10-13862-BFK | Jorge P Calderon and Sonia Calderon | 13 | 5/11/2010 |
| 10-13921-BFK | Trevor Willie and Patricia A Willie | 13 | 5/12/2010 |
| 10-13954-BFK | Doris A Zelaya | 13 | 5/13/2010 |
| 10-14164-BFK | Richard Edward Griffin and Madeleine Angela Griffin | 13 | 5/20/2010 |
| 10-14910-BFK | Jung Bae Lim and Yoon Joo Lim | 7 | 6/11/2010 |
| 10-15011-BFK | Richard D. Pyle and Deborah J. Pyle | 13 | 6/16/2010 |
| 10-16134-BFK | Harry R Merchant | 13 | 7/21/2010 |
| 10-16146-BFK | Ahmed Ben Ghalba | 13 | 7/21/2010 |
| 10-17301-BFK | Lou Cindy Stewart | 13 | 8/30/2010 |
| 10-17453-BFK | Steven John Nahas | 11 | 9/2/2010 |
| 10-17454-BFK | Martha Isolina Vasquez | 13 | 9/2/2010 |
| 10-17905-BFK | David H Dell and Leddyanne Chizz Dell | 13 | 9/18/2010 |

# Exhibit A

| | | | |
|---|---|---|---|
| 10-17918-BFK | Monica Romero | 13 | 9/20/2010 |
| 10-18025-BFK | James Dearl Conley and Pia Barbara Conley | 13 | 9/23/2010 |
| 10-18170-BFK | James William Coyne | 13 | 9/28/2010 |
| 10-18757-BFK | Debra L Carver | 13 | 10/15/2010 |
| 10-18803-BFK | Weldon P. Kinnison and Barbara E. Kinnison | 13 | 10/18/2010 |
| 10-18871-BFK | Mary Agnes Redding | 13 | 10/20/2010 |
| 10-18875-BFK | John Patrick Jones and Jennifer Mae Jones | 13 | 10/20/2010 |
| 10-19225-BFK | Richard W. Bowers | 7 | 10/29/2010 |
| 10-19274-BFK | David Reynolds Fite | 7 | 10/30/2010 |
| 10-19445-BFK | James R Dorsey and Elaine Carol Dorsey | 13 | 11/5/2010 |
| 10-19669-BFK | Robert Joseph Gumbrewicz and Jane Christine Gumbrewicz | 13 | 11/15/2010 |
| 10-20094-BFK | Bridget Allen | 13 | 12/1/2010 |
| 10-20105-BFK | Gillom Smith and Jacqueline D Smith | 11 | 12/2/2010 |
| 11-10163-BFK | Elliott Herbert Diamond | 11 | 1/10/2011 |
| 11-10446-BFK | Jonny M Muckey | 13 | 1/20/2011 |
| 11-10657-BFK | Ervin J Uriarte and Christina A. Uriarte | 13 | 1/28/2011 |
| 11-10935-BFK | Jeff W. Lee and Alice N. Lee | 7 | 2/9/2011 |
| 11-11225-BFK | Monica M Hawkins | 13 | 2/22/2011 |
| 11-11298-BFK | Cecilia V Wong | 13 | 2/24/2011 |
| 11-12637-BFK | Candy Yalanda Cook | 13 | 4/8/2011 |
| 11-12848-BFK | Mark W Robinson | 13 | 4/18/2011 |
| 11-12979-BFK | Timothy Alan Ramey and Kathleen Marie Ramey | 13 | 4/22/2011 |
| 11-13080-BFK | Mike A Rudder | 7 | 4/27/2011 |
| 11-13212-BFK | Domingo Montero and Maria A. Montero | 13 | 4/29/2011 |
| 11-13256-BFK | Pamela D Young | 13 | 5/2/2011 |
| 11-14009-BFK | Naseem Haider Raja and Sobia Nooreen Raja | 13 | 5/31/2011 |
| 11-14809-BFK | Nathalie Lorna Shipp | 13 | 6/30/2011 |
| 11-14918-BFK | Franklin A. Dubon-Diaz | 13 | 7/5/2011 |
| 11-15333-BFK | Mark H. Lacy and Mary E. Lacy | 13 | 7/21/2011 |
| 11-15423-BFK | Yeftahe Neftaliem | 13 | 7/23/2011 |
| 11-15475-BFK | Sanya Lolita Watkins | 13 | 7/26/2011 |
| 11-15777-BFK | Laureen M. Henderson | 7 | 8/4/2011 |
| 11-15968-BFK | Carlos Alberto Zelaya and Lucia Del Carmen Zelaya | 13 | 8/12/2011 |
| 11-15989-BFK | Shuron E. Speech | 13 | 8/15/2011 |
| 11-16215-BFK | Vasiliki Pehlivanidis and Gregory | 13 | 8/23/2011 |

# Exhibit A

|  |  |  |  |
|---|---|---|---|
|  | Pehlivanidis |  |  |
| 11-16266-BFK | Guido Alave Calvetty | 7 | 8/25/2011 |
| 11-16355-BFK | Matthew P Shapiro and Michelle B Shapiro | 13 | 8/29/2011 |
| 11-16511-BFK | Lora M Hartman | 13 | 9/2/2011 |
| 11-16593-BFK | Asad Ul Haq and Rehana Qureshi | 7 | 9/7/2011 |
| 11-16828-BFK | Allen E. Kibat and Janice F. Kibat | 13 | 9/20/2011 |
| 11-16876-BFK | Nogbou J. Ahounou and Nonye T. Aghanya | 13 | 9/21/2011 |
| 11-17545-BFK | Hilda Chanduvi | 13 | 10/18/2011 |
| 11-17575-BFK | Terrell La Shauna King | 13 | 10/19/2011 |
| 11-17769-BFK | Alan Jeffery Hill | 13 | 10/27/2011 |
| 11-17860-BFK | John W. Long and Mary E. Long | 13 | 10/31/2011 |
| 11-18341-BFK | Sandra Gisela Lemus | 13 | 11/21/2011 |
| 11-18401-BFK | Timothy P. Keenan | 7 | 11/22/2011 |
| 11-18436-BFK | Regat Gebremariam | 13 | 11/25/2011 |
| 11-18468-BFK | Allan M Mitchell and Penny M. Mitchell | 7 | 11/28/2011 |
| 11-19026-BFK | Julieta Calizaya | 13 | 12/20/2011 |
| 11-19135-BFK | Kelvin Eugene Whyms | 13 | 12/27/2011 |
| 12-10222-BFK | Isaac Nana Wiredu | 13 | 1/12/2012 |
| 12-10644-BFK | Athena Miller | 13 | 2/1/2012 |
| 12-10733-BFK | Robert Michael High | 13 | 2/7/2012 |
| 12-10915-BFK | Susana Marin | 13 | 2/14/2012 |
| 12-10979-BFK | Anna S. Gotthardt | 13 | 2/15/2012 |
| 12-11066-BFK | Silvia Y Osorio | 13 | 2/17/2012 |
| 12-11094-BFK | Thomas Anthony Wimmer | 13 | 2/21/2012 |
| 12-11354-BFK | Grace Duarte-Martins | 13 | 2/29/2012 |
| 12-11612-BFK | BaiBai Kamara | 11 | 3/12/2012 |
| 12-11721-BFK | Andrew L Rodriguez and Shirley M Rodriguez | 13 | 3/15/2012 |
| 12-11914-BFK | Jafar Ali Pashaei | 13 | 3/24/2012 |
| 12-11946-BFK | Kwaku Appiah Akyeampong | 13 | 3/27/2012 |
| 12-12084-BFK | Hector A Garcia | 13 | 3/30/2012 |
| 12-12244-BFK | Linwood Alexander Mason, Jr. and Sandra Diane Mason | 13 | 4/6/2012 |
| 05-15135-RGM | John Andreas Tsiaoushis | 11 | 10/14/2005 |
| 06-11277-RGM | Monte Everette Evans and Shanel Renee Evans | 13 | 10/11/2006 |
| 07-12292-RGM | Jonathan Porter Hornauer and Michelle Monique Hornauer | 13 | 8/24/2007 |
| 07-13604-RGM | Kenneth Richard Bowie and Leslie Ann Bowie | 13 | 11/26/2007 |
| 07-14107-RGM | Joseph F Heath | 11 | 12/27/2007 |

# Exhibit A

| | | | |
|---|---|---|---|
| 08-10256-RGM | Clarence Melvin Taylor | 13 | 1/21/2008 |
| 08-10589-RGM | Francisco R. Hernandez and Linda N. Hernandez | 13 | 2/8/2008 |
| 08-10625-RGM | Gary Luethke | 13 | 2/11/2008 |
| 08-11037-RGM | Syed Ghazanfar Raza and Farhana Ahmed. Raza | 13 | 3/3/2008 |
| 08-11038-RGM | Nunu G Daba | 13 | 3/3/2008 |
| 08-11158-RGM | Anna Vakas Gartrell | 7 | 3/9/2008 |
| 08-11192-RGM | James Byron Slaton and Laura Denise Slaton | 13 | 3/10/2008 |
| 08-12662-RGM | John W. Carter | 13 | 5/13/2008 |
| 08-13146-RGM | Tyrone T. Jones | 13 | 6/2/2008 |
| 08-13214-RGM | Donald M Laing | 13 | 6/4/2008 |
| 08-14198-RGM | Maria E. Daniels | 13 | 7/16/2008 |
| 08-14672-RGM | Travis L. Dortzbach | 13 | 8/5/2008 |
| 08-14943-RGM | David Wayne Needham | 13 | 8/18/2008 |
| 08-16326-RGM | Sarah P. Clement | 13 | 10/13/2008 |
| 08-16967-RGM | Susan Renee Gordon | 13 | 11/7/2008 |
| 08-17504-RGM | Wayne Hunter Gordon | 13 | 12/1/2008 |
| 08-17843-RGM | Nancy C Brooks | 13 | 12/16/2008 |
| 09-10385-RGM | William Lawrence Nelson | 13 | 1/20/2009 |
| 09-10963-RGM | Douglas Allen Osterman | 13 | 2/11/2009 |
| 09-11256-RGM | Laureen A Reid | 13 | 2/20/2009 |
| 09-11551-RGM | Francisca Laura Gunawan | 13 | 3/2/2009 |
| 09-11582-RGM | Charles Jason Thornburg and Darlene Ann Thornburg | 13 | 3/3/2009 |
| 09-11619-RGM | Roselyn J. Jewell | 13 | 3/4/2009 |
| 09-11705-RGM | Catherine B. Kane | 13 | 3/9/2009 |
| 09-11857-RGM | Adrienne S. Mills | 13 | 3/13/2009 |
| 09-11997-RGM | Kenneth D. Payne and Stacie V. Payne | 13 | 3/18/2009 |
| 09-12100-RGM | David Christopher and Alma Christopher | 13 | 3/20/2009 |
| 09-12907-RGM | Danny R. Denver and Lillian Darlene Denver | 13 | 4/15/2009 |
| 09-12935-RGM | Larry Alvin Liesner and Amelia Helmer Bush | 7 | 4/16/2009 |
| 09-13063-RGM | Robert John Schneller and Rebecca Jane Schneller | 13 | 4/21/2009 |
| 09-13064-RGM | Robert Edward McParland and Nikki Elizabeth McParland | 13 | 4/21/2009 |
| 09-13112-RGM | Raomito Salazar | 7 | 4/22/2009 |
| 09-13114-RGM | Stephen Choquette Jones and Cynthia | 13 | 4/22/2009 |

# Exhibit A

| | Ann Jones | | |
|---|---|---|---|
| 09-13334-RGM | Dora Argueta | 13 | 4/29/2009 |
| 09-13509-RGM | William H. Miller | 7 | 5/4/2009 |
| 09-13736-RGM | Jeffrey M. Neach and April N. Neach | 13 | 5/12/2009 |
| 09-13744-RGM | Anna Marie Lucero and Eugene Paul Lucero | 13 | 5/12/2009 |
| 09-13965-RGM | Sheri Dawn Meador | 7 | 5/19/2009 |
| 09-14360-RGM | Nancy Lynn Mangione and Gary L Dennis | 13 | 6/1/2009 |
| 09-14389-RGM | Dee Lee Farmer | 13 | 6/1/2009 |
| 09-14445-RGM | Harriet H Gray | 13 | 6/3/2009 |
| 09-14599-RGM | Katharine Miller Loran and Christian John Loran | 13 | 6/9/2009 |
| 09-14796-RGM | Zamounte Ranauld Whitted and Kendra Michelle Whitted | 13 | 6/16/2009 |
| 09-15281-RGM | Richard J Saunders and Josephine H Washington Saunders | 7 | 7/1/2009 |
| 09-15508-RGM | Timothy E. Davis and Kimberly Ann Davis | 13 | 7/10/2009 |
| 09-15526-RGM | Hung Trieu Tran and Loi Thi Truong | 13 | 7/10/2009 |
| 09-15591-RGM | Connie Marie Trujillo | 13 | 7/14/2009 |
| 09-15649-RGM | Thien-Lan Ngoc Nguyen | 13 | 7/16/2009 |
| 09-16206-RGM | Barbara A Cooper | 13 | 7/31/2009 |
| 09-16211-RGM | Steven D Willis and Lisa First | 13 | 7/31/2009 |
| 09-16749-RGM | Darnell Marqui Sanders and Jaime M Sanders | 13 | 8/20/2009 |
| 09-17098-RGM | Wah Yim and Woon P Tsang | 13 | 8/31/2009 |
| 09-17591-RGM | Mario Escobar | 13 | 9/16/2009 |
| 09-17592-RGM | Hernan A. Escobar and Rosa A. Escobar | 13 | 9/16/2009 |
| 09-17752-RGM | Carlos Castro and Jeaneth Castro | 13 | 9/22/2009 |
| 09-18118-RGM | Laura Leigh Caldwell | 7 | 10/2/2009 |
| 09-18123-RGM | Benoy Joseph Kanianthra | 7 | 10/2/2009 |
| 09-18188-RGM | Nilton Carhuallanqui | 13 | 10/6/2009 |
| 09-18371-RGM | Howard S. Breitler and Carolin A. St. George | 13 | 10/12/2009 |
| 09-18505-RGM | Bienvenido Lorenzo | 13 | 10/16/2009 |
| 09-18571-RGM | Philip J. Place and Michelle B. Place | 13 | 10/19/2009 |
| 09-18738-RGM | Jonathan Burgess and Carol R Burgess | 13 | 10/23/2009 |
| 09-18772-RGM | Kraig Scott Sullivan | 7 | 10/23/2009 |
| 09-18831-RGM | Tracie Ann McGowan | 13 | 10/27/2009 |
| 09-18950-RGM | Margaret Lawson | 13 | 10/29/2009 |
| 09-19362-RGM | Robert Harry Curtis and Nina Marie | 13 | 11/13/2009 |

# Exhibit A

|  | Dejerolme |  |  |
|---|---|---|---|
| 09-19423-RGM | Kamal Hussain Haydarzada Afshar | 13 | 11/16/2009 |
| 09-19844-RGM | Michael P Spence | 13 | 12/1/2009 |
| 09-20339-RGM | Dwandalyn R Reece | 13 | 12/18/2009 |
| 10-10342-RGM | William Andrew Pickett | 7 | 1/19/2010 |
| 10-10566-RGM | David Allen Crigger and Rika Nishimura Crigger | 13 | 1/26/2010 |
| 10-11439-RGM | Delia Aminta Taylor | 13 | 2/27/2010 |
| 10-12687-RGM | Andrew Ralf Peucker and Kelly Ann Peucker | 7 | 4/6/2010 |
| 10-12962-RGM | Jeffery Lynwood Moten | 13 | 4/15/2010 |
| 10-13161-RGM | Lisa Hong-Thao Cu | 7 | 4/21/2010 |
| 10-13604-RGM | Michael Wayne Crawford | 11 | 5/3/2010 |
| 10-13644-RGM | Gerardo L John and Minnie L John | 13 | 5/4/2010 |
| 10-13693-RGM | Ali E Elsher and Hadeel F Omar | 13 | 5/5/2010 |
| 10-14307-RGM | Prakash J Parekh | 13 | 5/25/2010 |
| 10-14691-RGM | Vincent Colbert and Margaret Theresa Adams-Colbert | 11 | 6/4/2010 |
| 10-14714-RGM | Senthilkumar Rathakrishnan | 13 | 6/6/2010 |
| 10-14883-RGM | Dana J. Zysk and Michelle A. Zysk | 13 | 6/10/2010 |
| 10-14974-RGM | John Howard Meade and Lisa Marie Meade | 13 | 6/15/2010 |
| 10-15189-RGM | Quamrul A Matin and Tahsina Matin | 13 | 6/21/2010 |
| 10-15575-RGM | John Wells King and Rebecca Ann King | 7 | 6/30/2010 |
| 10-15956-RGM | Daniel Lewis Abernathy and Rhonda Abernathy | 13 | 7/15/2010 |
| 10-16168-RGM | Troy L. Carter and Melvinia Carter | 13 | 7/22/2010 |
| 10-16437-RGM | Joseph W. Cocke | 13 | 7/30/2010 |
| 10-16543-RGM | Catherine Elliott Guerard | 13 | 8/4/2010 |
| 10-16581-RGM | Curtis G Hall and Carolyn Hall | 13 | 8/5/2010 |
| 10-16612-RGM | Khalid Younis | 7 | 8/5/2010 |
| 10-16711-RGM | Jemar L Bellfield | 13 | 8/10/2010 |
| 10-16961-RGM | Dayton Grimm and Carolyn A Grimm | 13 | 8/18/2010 |
| 10-17573-RGM | Suzan N. Hall | 13 | 9/8/2010 |
| 10-17734-RGM | George W Farmer and Loretta A. Farmer | 13 | 9/13/2010 |
| 10-18099-RGM | Bobby J Jackson and Rosaland J Jackson | 13 | 9/24/2010 |
| 10-18104-RGM | Cecilia Segovia | 13 | 9/24/2010 |
| 10-18144-RGM | James Allen Mitchell and Sherry Johnson Mitchell | 13 | 9/27/2010 |
| 10-18158-RGM | Anna A Brim | 13 | 9/27/2010 |
| 10-18364-RGM | Said Adel Elkhodary | 13 | 10/1/2010 |

# Exhibit A

| | | | |
|---|---|---|---|
| 10-18374-RGM | Kenneth Leon Hottle and Tamara Lynn Roberts | 13 | 10/1/2010 |
| 10-18411-RGM | Monica A. Mallini | 13 | 10/4/2010 |
| 10-18475-RGM | Christopher G. Keller | 13 | 10/6/2010 |
| 10-18961-RGM | Cynthia Anne Loffler | 13 | 10/22/2010 |
| 10-19276-RGM | Amanda Australia King | 13 | 10/31/2010 |
| 10-19376-RGM | Steven P. LaPlante and Patricia G. LaPlante | 13 | 11/4/2010 |
| 10-19439-RGM | Floyd Eugene Bagwell | 13 | 11/5/2010 |
| 10-19649-RGM | Leonard Joseph Suchanek | 11 | 11/14/2010 |
| 10-20190-RGM | Paul William Giordano | 13 | 12/6/2010 |
| 10-20270-RGM | Leslie Anne Rizor | 13 | 12/8/2010 |
| 10-20385-RGM | Mutambaie M Mutambaie | 13 | 12/13/2010 |
| 10-20653-RGM | LaShavon L. Barnes | 13 | 12/23/2010 |
| 11-10344-RGM | Margaret Credo Blake | 7 | 1/17/2011 |
| 11-11284-RGM | Roberto Llanos and Olga L. Llanos | 13 | 2/24/2011 |
| 11-11495-RGM | Dana Marie Ray | 13 | 3/2/2011 |
| 11-12294-RGM | Aamar Raza | 13 | 3/29/2011 |
| 11-12439-RGM | Troy A. Robinson and Cynthia L. Robinson | 13 | 4/2/2011 |
| 11-12664-RGM | Timmy W Shepherd and Angela Y Shepherd | 13 | 4/11/2011 |
| 11-13073-RGM | Thomas Halley and Patricia Halley | 7 | 4/27/2011 |
| 11-13119-RGM | Brian D Sooklal | 13 | 4/28/2011 |
| 11-13257-RGM | Delores D Grimes | 13 | 5/2/2011 |
| 11-13279-RGM | Ahmed Tedson Sesay and Hajar Umu Sesay | 7 | 5/2/2011 |
| 11-13323-RGM | Irma Y. Bowers | 13 | 5/4/2011 |
| 11-13827-RGM | Timothy Leroy Pearce and Elizabeth Ruth Pearce | 13 | 5/24/2011 |
| 11-14016-RGM | James Russell Monk and Carrie Ann Monk | 13 | 5/31/2011 |
| 11-14079-RGM | Gregory Hairston | 11 | 6/1/2011 |
| 11-14166-RGM | Oscar Aguayo and Maricela Aguayo | 13 | 6/3/2011 |
| 11-14472-RGM | Tonya Cridland Gunnarson | 13 | 6/17/2011 |
| 11-14531-RGM | Peter Paul Mitrano | 7 | 6/21/2011 |
| 11-14691-RGM | Stephen Elias Calopedis and Magaly Calopedis | 13 | 6/27/2011 |
| 11-14743-RGM | Farhad M. Sariei | 13 | 6/29/2011 |
| 11-14984-RGM | Kenneth R. Brown and Beena R. Thangiah-Brown | 13 | 7/7/2011 |
| 11-15261-RGM | Sandra Jean Counts | 13 | 7/18/2011 |
| 11-15341-RGM | John Robert Beard | 11 | 7/21/2011 |

# Exhibit A

| | | | |
|---|---|---|---|
| 11-15631-RGM | Edward Blandford and Linda A Blandford | 7 | 7/31/2011 |
| 11-15686-RGM | Darrell P Myles and Gloria J Myles | 13 | 8/2/2011 |
| 11-15727-RGM | Ahmadu Samba Barrie | 13 | 8/4/2011 |
| 11-15916-RGM | Eric N. Balch and Pamela M. Balch | 13 | 8/11/2011 |
| 11-16257-RGM | Man Minh Pham | 13 | 8/25/2011 |
| 11-16301-RGM | William Bernard Posey and Maryann Sandra Posey | 13 | 8/26/2011 |
| 11-16330-RGM | Glenn Edward Orren and Marlene Ann Orren | 7 | 8/29/2011 |
| 11-16469-RGM | Jose A Gil and Zonia Elizabeth Gil | 13 | 9/1/2011 |
| 11-16476-RGM | William Neamon Thomas | 13 | 9/1/2011 |
| 11-16877-RGM | Richard H Wuilliez and Jacqueline G. Wuilliez | 13 | 9/21/2011 |
| 11-17518-RGM | Donna L Broady | 13 | 10/17/2011 |
| 11-17698-RGM | Nieve Carbillon Manalo | 11 | 10/25/2011 |
| 11-17857-RGM | Oscar Ramirez Serrano | 7 | 10/31/2011 |
| 11-17969-RGM | Jimmie D Mitchell | 11 | 11/3/2011 |
| 11-18051-RGM | Renzo Wilfredo Rodrigo Machicao | 13 | 11/7/2011 |
| 11-18159-RGM | John Edward Banks | 13 | 11/12/2011 |
| 11-18966-RGM | Shirley B. Richardson | 13 | 12/16/2011 |
| 12-10126-RGM | Anthony Russo | 7 | 1/7/2012 |
| 12-10414-RGM | Janet Lee Brooks | 13 | 1/23/2012 |
| 12-10562-RGM | Richard C. Spindler | 13 | 1/30/2012 |
| 12-11119-RGM | William E Jones, Jr. and Tina Antionette Beam-Jones | 13 | 2/21/2012 |
| 12-11237-RGM | Bao Huynh | 13 | 2/27/2012 |
| 12-11714-RGM | James G Kincheloe, Jr | 7 | 3/15/2012 |
| 12-11975-RGM | Mark Benson Hevel | 13 | 3/27/2012 |
| 12-12285-RGM | Maria Concepcion Rios | 13 | 4/10/2012 |
| 12-12357-RGM | Daniel Wayne Melvin, Sr. and Melissa Jean Melvin | 13 | 4/13/2012 |
| 12-12456-RGM | Claude J. Louis-Charles | 13 | 4/17/2012 |