**OFFICE OF THE UNITED STATES TRUSTEE**
**FOR THE EASTERN DISTRICT OF VIRGINIA - ALEXANDRIA DIVISION**
**POST-CONFIRMATION QUARTERLY REPORT**

**DEBTOR:** Richard C. Colandrea     **CH. 11 CASE NO:** 09-19606-BFK

**FOR THE QTR ENDED** 30-Sep-12

**SUMMARY OF DISBURSEMENTS MADE DURING QUARTER:**

1. CASH BALANCE, BEGINNING OF YEAR      $   13,468.16
2. CASH RECEIPTS DURING YEAR FROM ALL SOURCES      213,388.46
3. CASH DISBURSEMENTS DURING YEAR, INCLUDING PLAN PAYMENTS    (  211,512.20 )
4. CASH BALANCE, END OF YEAR (OR AS OF REPORT DATE FOR FINAL REPORT)   $  15,344.42

**SUMMARY OF AMOUNTS DISBURSED UNDER PLAN:**

| | Paid During Quarter | Total Paid to Date | Total Pmts. Projected Under Plan |
|---|---|---|---|
| **1. ADMINISTRATIVE EXPENSES** | | | |
| Plan Trustee Compensation | $ N/A | $ N/A | $ N/A |
| Plan Trustee Expense | N/A | N/A | N/A |
| Attorney Fees - Trustee | N/A | N/A | N/A |
| Attorney Fees - Debtor | 1,000.00 | 4,750.00 | 26,080.37 |
| Other Professionals - CPA | 4,267.52 | 4,267.52 | 4,267.52 |
| Other Administrative Expenses | 0.00 | 0.00 | 0.00 |
| **TOTAL ADMINISTRATIVE EXPENSES** | $ 5,267.52 | $ 9,017.52 | $ 30,347.89 |
| 2. SECURED CREDITORS | $ 38,863.77 | 155,646.49 | 110,061.00 |
| 3. PRIORITY CREDITORS | $ 0.00 | 288.96 | 0.00 |
| 4. UNSECURED CREDITORS (see note) | $ 0.00 | 0.00 | 0.00 |
| 5. EQUITY SECURITY HOLDERS | $ 0.00 | 0.00 | 0.00 |
| 6. Attach additional sheets as necessary | $ | | |
| **TOTAL PLAN PAYMENTS** | $ 44,131.29 | $ 164,952.97 | $ 140,408.89 |

| | Amount | Date | Check No. |
|---|---|---|---|
| **QUARTERLY FEE PAID:** | $ 650.00 | 11/21/12 | 648 |

**PLAN STATUS:**                                                                 Yes     No

1. Have all payments been made as set forth in the confirmed plan? (If no, attach explanation.)    [ ]  [x]
   Payments due to unsecured creditors. Many have been paid either by insurance
   or by direct payments from the Debtor's mother.
2. Are all post-confirmation obligations current? (If no, attach explanation.)    [x]  [ ]

3. Projected date of application for final decree:     2/29/13

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.*

                                                          18-Jan-13
                                                          Date
     Reorganized Debtor
By:  /s/ Richard C. Colandrea
     Signature                                            Title
     Richard C. Colandrea                                 (410) 977-1001
     Printed Name                                         Telephone Number

                                                                              Form 5

NOTE: Significant payments to unsecured creditors have been made by the Reorganized Debtor's family or through third partie such as the Debtor's medical insurance provider.

2010/02