UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

In re:                                                )
                                                      )
RICHARD C. COLANDREA                                  )    Case No. 09-19606-BFK
                                                      )    Chapter 11
                    Debtor.                           )
-----------------------------------------------------------   )

## FINAL DECREE

At ALEXANDRIA, VA, in said District:

Whereas the Reorganized Debtor, Richard C. Colandrea filed a Voluntary Petition for Relief pursuant to Chapter 11 of the United States Bankruptcy Code on November 20, 2009; and

Whereas, a Plan of Reorganization was proposed by the Debtor and confirmed by Order of this Court on May 27, 2011; and

Whereas, the Debtor has reported to this Court that the Plan of Reorganization has been substantially consummated; and

Whereas, F.R.B.P. 3022 provides for the entry of a Final Decree; it is therefore, by the Untied States Bankruptcy Court for the Eastern District of Virginia

ORDERED:    That the Final Report of the Debtor is approved, the Motion for a Final Decree is granted; and it is further

ORDERED:    That no discharge shall be entered at this time, although the Debtor may seek to reopen this case for entry of a discharge at a later date; and it is further

ORDERED:    That this case is CLOSED.

_____
Brian F. Kenney, Judge
United States Bankruptcy Court for the
Eastern District of Virginia

Case 09-19606-BFK    Doc 296    Filed 02/25/13    Entered 02/25/13 16:23:57    Desc Main
Document    Page 2 of 4

I ASK FOR THIS

COHEN BALDINGER & GREENFELD, LLC


By: <u>*/s/  Steven H. Greenfeld*</u>     :
    Steven H. Greenfeld, Esq.
    Suite 1103
    7910 Woodmont Avenue
    Bethesda, MD 20814
    (301) 881-8300
    Counsel for the Reorganized Debtor

AGREED:

OFFICE FO THE UNITED STATES TRUSTEE


By:<u>*/s/ Jack Frankel*</u>
    Jack Frankel, Esq.
    115 South Union Street
    Alexandria, VA 22314
    (703) 557-7176

Copies to:

Steven H. Greenfeld, Esq.
Cohen Baldinger & Greenfeld, LLC
Suite 1103
7910 Woodmont Avenue
Bethesda, MD 20814

Office of the U.S. Trustee
115 South Union Street
Alexandria, VA 22314


**END OF ORDER**